20

**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CONNECTICUT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

FILED 03cv128 trans out

2004 APR 29 A 10: 52

U.S. DISTRICT COURT
HARTFORD, CT

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

MARY WIGGINS
DEPUTY-IN-CHARGE

Crittall Windows Ltd.

v.                           Case Number:  3:03cv128(DJS)

Hope's Windows, Inc.

Notice to Clerk, District Court,
for the District of **Western District of New York**

Dear Clerk:

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at Hartford, Connecticut, April 22, 2004.

KEVIN F. ROWE, CLERK

By: _____
Linda S. Ferguson
Deputy Clerk

Enclosures

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on ___APR 26 2004___

Assigned case number: ___04 CV 0321 A(F)___

This case was received by: _____